# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Debora Dukes–Smith

                              Plaintiff,

v.                                             Case No.: 1:13–cv–03485
                                                          Honorable Joan H. Lefkow

Loyola Medical Center

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11,2013:

      MINUTE entry before Honorable Joan H. Lefkow:Plaintiff's motion to file amended complaint [19] is granted. Status hearing of 9/12/2013 stricken. Status hearing and scheduling conference set for 10/24/2013 at 08:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.